February 23, 2007

Mr. Robert Lee Hood
TDCJ ID# 241383
Wynne Unit Trusty Camp
Huntsville, TX 77349
Ms. Bevan Ashley Brooks
Cowles & Thompson
901 Main St Ste 4000
Dallas, TX 75202

RE: Case Number: 05-0902
 Court of Appeals Number: 05-05-01049-CV
 Trial Court Number: 04-10679-H

Style: ROBERT LEE HOOD
 v.
 WAL-MART STORES, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |